Spencer H. Gunnerson, Esq.
Nevada Bar No. 8810
s.gunnerson@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Plaintiff-Relator*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex</u> <u>rel</u>. BRYAN QUESENBERRY, <br><br> Plaintiff, <br><br> v. <br><br> BUL CONNECTIONS, LLC; CAD MANAGEMENT, INC.; CLEAVER, LLC; COLLIN DSOUZA; DOMAIN LISTINGS, LLC; HEMANT VAKHARIA, LLC; IMAGINATION STATION EARLY LEARNING, LLC; JKKP PROPERTIES, LLC; LA MOJARRA LOCA, INC.; NATIONAL INVESTMENT GROUP CORPORATION; NATIONAL LEGAL ADVISORS; NEW BEGINNINGS COUNSELING CENTERS; QUALIFIED, INC.; ROHIT JAWA; VEGAS STYLISTS, LLC; FIJI WAREHOUSE, LLC; MCDANIEL HOUSE, LLC; PASSIVE INCOME ADVISORS, LLC; PICORE BERISTAIN INITIATIVE, INC.; RYZE CAPITAL PARTNERS, LLC; SOUTHERN FOLGER CONTRACTING, INC.; VINOTEMPT INTERNATIONAL; and VURSOL, LLC, <br><br> Defendants. | Case No.: 2:20-cv-01537-RFB-VCF <br><br><br> **ORDER OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS EXCEPT DEFEDANT PASSIVE INCOME ADVISORS, LLC** |

WHEREFORE, having reviewed Relator Bryan Quesenberry's Voluntary Dismissal of All Defendants Except Defendant Passive Income Advisors, LLC, filed pursuant to Fed. R. Civ.

P. Rule 41(a) and the *qui tam* provisions of the False Claims Act 31 U.S.C. § 3730(b)(1), *et. seq.*, and having received the United States of America's consent to the dismissal, the Court hereby dismisses this matter with prejudice to Relator and without prejudice to the United States of America <u>against all Defendants except Defendant Passive Income Advisors, LLC.</u>

      Defendant Passive Income Advisors, LLC, will remain the sole defendant in this case.

Dated: July 29, 2024.

_____
United States District Judge

2