LEO P. FLANGAS, ESQ.
Nevada Bar No. 5637
THOMAS M. FRONCZEK, ESQ.
Nevada Bar No. 11380
FLANGAS CIVIL LAW FIRM, LTD
616 S. 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1990
Email: leo@flangaslawfirm.com
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. Bryan Quesenberry,<br><br>Plaintiffs,<br><br>vs.<br><br>Passive Income Advisors, LLC and Gena Lofton,<br><br>Defendants. | Case No.: 2:20-cv-01537-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS' ANSWER OR RESPONSIVE PLEADING** |

It is HEREBY STIPULATED by the parties herein through their respective counsel of record, that pursuant to FRCP 12(a)(1)(A)(i) and/or (ii), the parties agree to extend the time for Defendants, PASSIVE INCOME ADVISORS, LLC and GENA LOFTON to file an Answer or responsive pleading from December 2, 2024, to January 9, 2025.

Dated this 2nd day of December, 2024

*/s/ Thomas M. Fronczek*
Thomas M. Fronczek, Esq.
Nevada Bar No.: 5637
616 S. Eighth Street
Las Vegas, NV 89101
*Attorney for Defendants*

Dated this 2nd day of December, 2024

*No Objection Given*
JARED S. WIESNER
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
*Attorney for Plaintiffs*

1

# ORDER

**IT IS HEREBY ORDERED** that the time for Defendants PASSIVE INCOME ADVISORS, LLC and GENA LOFTON to file an Answer or responsive pleading, is hereby extended to January 9, 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 12/3/2024

Respectfully Submitted by:

FLANGAS CIVIL LAW FIRM, LTD

*/s/ Thomas M. Fronczek*
THOMAS M. FRONCZEK, ESQ.
Nevada Bar No. 11380
616 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1990
Email: leo@flangaslawfirm.com
*Attorney for Petitioner*

2