1  BRETT A. SHUMATE
   Assistant Attorney General
2  Civil Division

3  JAMIE ANN YAVELBERG
   COLIN M. HUNTLEY
4  JARED S. WIESNER (District of Columbia Bar No. 976856)
   PATRICK T. O'HARE (Texas Bar No. 24131554)
5  Attorneys, Civil Division
   United States Department of Justice
6  P.O. Box 261
   Ben Franklin Station
7  Washington, DC 20044
   Phone: 202-353-1274
8  Fax: 202-541-0280
   jared.s.wiesner2@usdoj.gov
9
   *Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America ex rel. Bryan Quesenberry,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Passive Income Advisors, LLC, and Gena Lofton,<br><br>　　　　Defendants. | Case No. 2:20-cv-01537-RFB-MDC<br><br>**EXHIBIT 16 TO PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** |

**Exhibit 16:** Department of the Treasury Notice and Gena Lofton's Response

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM, AL 35283-0794

March 22, 2023



Passive Income Advisors
4859 W SLAUSON AVE # 112
LOS ANGELES CA 90056

### Our records indicate that you owe the U.S. Government $1,576,068.82

The Loan Obligors, Small Business Administration, referred your unpaid debt to the U.S. Department of the Treasury, Bureau of the Fiscal Service, for immediate collection. You must immediately pay your debt to stop collection action and prevent the addition of more interest, penalties and administrative costs.

Treasury Case Number: L42082531
Agency Debt Number: 5015517403

### How Do I Pay My Debt?

**Pay Online:** Visit www.pay.gov/paygov/paymydebt and follow the instructions to pay via debit card, ACH payment, PayPal or by downloading the DMS Debt Pay app and following the instructions. For other payment options including online banking, visit https://fiscal.treasury.gov/cross-servicing/resources/make-a-payment.html.

**Pay By Phone:** Call (888) 826-3127 and provide our agent your debit card information. You may also discuss payment options with representatives at this number if you are unable to satisfy the debt immediately. Hearing impaired persons may use the Federal Relay Service by dialing (800) 877-8339 to reach a Communications Assistant.

**Pay By Mail:** Mail your payment and completed payment coupon to the address below. If you pay by check, include the Treasury Case Number L42082531 in the memo section of your check. When you provide a check as payment, you authorize us to use the information from your check to make a one-time electronic funds transfer from your account or process your payment as a check transaction.

### What If I Do Not Pay My Debt?

As allowed by federal law, we may withhold some or all monies from your tax refunds and other federal and state payments. We may garnish your wages, refer your unpaid debt to a collection agency and report your debt to the credit bureaus, which could hurt your credit score. You will find further information online at www.fiscal.treasury.gov/dms. If you wish to send us written correspondence other than payments, please address it to: U.S. Department of the Treasury, P.O. Box 830794, Birmingham, AL 35283-0794. **DO NOT send payments to this address.**

---

DSBDL   003   fdv1           Detach Here       0000003213L42082531  DL  0032138051 108

### PAYMENT COUPON
*Includes applicable interest, administrative costs and penalties.

Name of Debtor:   Passive Income Advisors
Treasury Case Number: L42082531                           *Amount Due: $1,576,068.82

**Send your payment to:**
U.S. Department of the Treasury
P.O. Box 979101
St. Louis, MO 63197-9000

**METHOD OF PAYMENT**
Pay online at www.pay.gov/pay.gov/paymydebt or select:

☐ Check   ☐ Money Order    Amount Enclosed $_____

☐ Debit Card Account Number: _____
(We do not accept Credit Card)

Expiration Date: _____   Authorized Amount: _____

Authorized Signature: _____

979101 L420825314 0157606882 6



LOFTON 000460

DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM, AL 35283-0794



March 22, 2023

April 7th, 2023

SBA Loan Number:   5015517403

Regarding:   Notification on March 22, 2023

I spent 1000 hours on this in 2020, 2021, and 2022 and if you desire more information wire $3m to my bank account so I can hire an FTE to consolidate more information or get it from the lender and/or SBAs website which I have already submitted.

Here is where to wire the $3m PPP round 3 funds:

Wells Fargo
Passive Income Advisors
Routing Number:
Account Number:

Please stop sending me stupid letters as its your global scamdemic. I still cannot collect rent in California due to your illegal government.

<u>I AM EXTREMELY TIRED OF WRITING THESE DUMB ASS LETTERS.</u>

Cordially

Gena Lofton

LOFTON 000459

2