Leo P. Flangas, Esq.
Nevada Bar No.: 5637
Thomas M. Fronczek, Esq.
Nevada Bar No.: 11380
FLANGAS LAW FIRM, LTD.
600 S. Third Street
Las Vegas, NV 89101
Telephone: (702) 384-1990
Facsimile: (702) 384-1009
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. Bryan Quesenberry,<br><br>                Plaintiffs,<br><br>  v.<br><br>Passive Income Advisors, LLC, and Gena Lofton,<br><br>                Defendants. | CASE NO. 2:20-cv-01537-RFB-MDC<br><br>**DEFENDANTS' ANSWER TO<br>COMPLAINT IN INTERVENTION** |

COMES NOW Defendants, PASSIVE INCOME ADVISORS, LLC and GENA LOFTON, individually, by and through their counsel of record, Leo P. Flangas, Esq., and Thomas M. Fronczek, Esq., of FLANGAS CIVIL LAW FIRM, and hereby Answers the United States' Complaint in Intervention, as follows.

1. Answering Paras. 1-4, 6-19, 24-25, 30-31, and 34 of the Complaint in Intervention, Defendants ADMIT the allegations contained therein.

2. Answering Introductory Paras. 1-2, and Paras. 20-22, 26, 29, 32, 35-38, 40-44, and 46-61 of the Complaint in Intervention, Defendants DENY the allegations contained therein.

1

3. Answering Paras. 5, 23, 27-28, 33, 39, and 45 of the Complaint in Intervention, Defendants are without sufficient knowledge and information sufficient to form a belief as to the veracity of the allegations, and therefore DENY the same.

## AFFIRMATIVE DEFENSES

Defendants hereby assert the following Affirmative Defenses, and pray for no recovery by Plaintiffs in this action under any theory or cause of action. Said Affirmative Defenses are incorporated herein by reference, and no Affirmative Defense is waived for any purpose:

### FIRST AFFIRMATIVE DEFENSE

Failure to State a Claim (All Counts). The Complaint fails, in whole or part, to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Rule 9(b) Particularity (FCA Counts). The FCA theories are not pled with the particularity required by Rule 9(b) as to who, what, when, where, and how of the alleged fraud.

### THIRD AFFIRMATIVE DEFENSE

Lack of Scienter (FCA Counts). Defendants did not act with "knowledge," "deliberate ignorance," or "reckless disregard" as defined in 31 U.S.C. § 3729(b).

### FOURTH AFFIRMATIVE DEFENSE

Materiality (FCA Counts). Any challenged statement or certification was not "material" to payment or approval within the meaning of the FCA and controlling precedent.

//

//

### FIFTH AFFIRMATIVE DEFENSE

Government Knowledge / Authorization (FCA Counts). To the extent the Government or its delegated lenders knew of the relevant facts or approved the conduct or methodology, such knowledge defeats or negates scienter and materiality.

### SIXTH AFFIRMATIVE DEFENSE

Causation (All Counts). The alleged damages and penalties are not proximately caused by any act or omission of Defendants; intervening, superseding, and independent acts and decisions of lenders and the Government break any causal chain.

### SEVENTH AFFIRMATIVE DEFENSE

Statutes of Limitations / Repose. Claims are barred in whole or part by applicable limitation periods, including 31 U.S.C. § 3731(b) (FCA) and 28 U.S.C. §§ 2415–2416 (common-law claims).

### EIGHTH AFFIRMATIVE DEFENSE

Reverse-FCA "Obligation" (Count III). No fixed, non-contingent "obligation to pay or transmit" within the meaning of § 3729(a)(1)(G) existed during the times alleged; disputed or contingent debts do not qualify.

### NINTH AFFIRMATIVE DEFENSE

Failure to Mitigate. The United States failed to take reasonable steps to mitigate alleged losses, if any.

### TENTH AFFIRMATIVE DEFENSE

Offset / Setoff / Recoupment. Any recovery must be reduced by amounts already received or benefits conferred, and any lawful offsets, setoffs, and recoupments.

## ELEVENTH AFFIRMATIVE DEFENSE

Adequate Remedy at Law / Voluntary Payment (Counts IV–V). Equitable theories of unjust enrichment and payment by mistake are barred where an adequate remedy at law exists, and by voluntary-payment principles to the extent applicable.

## TWELFTH AFFIRMATIVE DEFENSE

Estoppel / Waiver / Ratification (as permitted by law). The United States' conduct, statements, or approvals estop, waive, or ratify the conduct alleged, to the extent such defenses may be asserted against the Government acting in a proprietary capacity.

## THIRTEENTH AFFIRMATIVE DEFENSE

Fair-Notice / Due-Process Defenses. Any penalty or liability based on ambiguous or evolving guidance violates due-process fair-notice principles.

## FOURTEENTH AFFIRMATIVE DEFENSE

Excessive Fines / Punitive Multipliers. Any civil penalties or treble-damage multipliers sought are unconstitutional and/or disproportionate under the Eighth Amendment or otherwise barred by law.

## FIFTEENTH AFFIRMATIVE DEFENSE

Necessary / Indispensable Parties. The United States has failed to join necessary and indispensable parties, including lender(s) whose conduct is put at issue (Rule 19), warranting dismissal or limitation.

## SIXTEENTH AFFIRMATIVE DEFENSE

Public-Disclosure / First-to-File Limitations (Relator-Dependent). To the extent the Complaint relies upon relator-derived allegations, those aspects are barred or limited by 31 U.S.C. § 3730(e)(4) and/or § 3730(b)(5).

**SEVENTEENTH AFFIRMATIVE DEFENSE**

No Damages / Single-Satisfaction Rule. The United States has suffered no cognizable compensable damage, or any recovery would violate the single-satisfaction rule.

Defendants expressly reserve the right to assert additional defenses and/or counterclaims as discovery proceeds.

WHEREFORE, Defendants, PASSIVE INCOME ADVISORS LLC and GENA LOFTON pray as follows:

1. That Plaintiffs take nothing from the instant Complaint In Intervention;

2. That the Court enter judgment in favor of Defendants as to all claims;

3. That the Court award Defendants their attorney's fees and costs incurred in defending against the instant Complaint in Intervention;

4. For any other relief the Court deems just and appropriate.

DATED this 2nd day of October, 2025.

          FLANGAS CIVIL LAW FIRM

          */s/ Leo Flangas*
          Leo P. Flangas, Esq.
          Nevada Bar No. 5637
          Thomas M. Fronczek, Esq.
          Nevada Bar No. 11380
          616 S. 8th Street
          Las Vegas, Nevada 89101
          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2025, service of the foregoing document was made by submission via the Court's electronic service system to the following counsel of record:

/s/ *Ami Rebecca Meyers*
An employee of Flangas Civil Law Firm