**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America *ex rel* Bryan Quesenberry,<br><br>        Plaintiffs,<br><br>vs.<br><br>Bul Connections, LLC, *et al.*,<br><br>        Defendants. | No. 2:20-cv-01537-RFB-MDC<br><br>**ORDER VACATING MEDIATION AND DENYING AS MOOT MOTION FOR MEDIATION VIA VIDEOCONFERENCE AND ATTENDANCE EXCEPTION (ECF NO. 69)** |

**IT IS ORDERED** that Pursuant Chief Judge Andrew P Gordon's General Order [25-007], the Court **VACATES** the Mediation currently set in this matter for 9:00 AM on November 14, 2025, and **STAYS** all pretrial matters and deadlines. **IT IS FURTHER ORDERED** that the Court also **DENIES** as moot plaintiff United States of America's *Motion for Mediation via Videoconference and Attendance Exception* (ECF No. 69).

**IT IS FURTHER ORDERED** that the parties shall file a Stipulated Status Report by **December 16, 2025**, regarding:

1. the status of federal government budget and funding;
2. resumption of the federal government operations; and
3. availability of a representative of the United States with binding settlement authority to participate in, or be available during, the settlement conference remotely.

IT IS SO ORDERED

DATED October 17, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**